
1 | MILLS SADAT DOWLAT LLP
2 | Arash Sadat (SBN 279282)
    Julian Feldbein-Vinderman (307838)
3 | 333 South Hope Street, 40th Floor
    Los Angeles, CA 90071
4 | Telephone: (213) 628-3856
    Email: arash@msdlawyers.com
5 | Email: julian@msdlawyers.com

Attorneys for Defendant
Bijora, Inc. d/b/a Akira

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE CRUZ, individually and on behalf of all others similarly situated, | No. 5:25-cv-00634-JGB-DTB |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BIJORA, INC. D/B/A AKIRA** |
| v. | |
| BIJORA, INC. d/b/a AKIRA, | |
| Defendant. | |

- 1 -

TO THE CLERK OF THIS COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Julian Feldbein-Vinderman of Mills Sadat Dowlat LLP, hereby appears in this action as co-counsel of record for defendant Bijora, Inc. d/b/a Akira.

Appearing counsel requests that all papers in this action be served upon the undersigned at the address below:

Arash Sadat
Julian Feldbein-Vinderman
MILLS SADAT DOWLAT LLP
333 South Hope Street, 40th Floor
Los Angeles, CA 90071
arash@msdlawyers.com
julian@msdlawyers.com
Telephone: (213) 628-3856
Facsimile: (213) 228-3799

Dated: May 15, 2025                    MILLS SADAT DOWLAT LLP

By: */s/ Julian Feldbein-Vinderman*
Julian Feldbein-Vinderman

Attorneys for Defendant
Bijora, Inc. d/b/a Akira

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is South Hope Street, 40th Floor, Los Angeles, CA 90071. I made service at the direction of a member of the Bar of this Court.

On Thursday, May 15, 2025 I served the following document(s) described as: **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BIJORA, INC. D/B/A AKIRA** on the person(s) below, as follows:

| | |
|---|---|
| Lisa Considine<br>Leslie Pescia<br>SIRI & GLIMSTAD LLP<br>101 North Seventh Street, #827<br>Louisville, Ky 40202<br>lconsidine@sirillp.com<br>lpescia@sirillp.com | Attorneys for Plaintiff<br>Stephanie Cruz |

☑ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Pursuant Federal Rule of Civil Procedure 5, I transmitted the document(s) electronically to the person(s) at the e-mail address(es) listed above. The transmission was reported as complete and without error.

Executed Thursday, May 15, 2025, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Isabella Fiorentino